UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs

JOHN MURPHY

Case Number. 8:17-cr-329-T-17TBM

USM Number: 58440-018

Howard Anderson, FPD

JUDGMENT IN A CRIMINAL CASE
For Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, and Four of the term of Supervised Release. Accordingly, the court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Possession of a Controlled Substance while on supervision in violation of the conditions of supervision. (Grade B violation) | June 19, 2017 |
| Two | Failure to report in violation of Condition Two of the Standard Conditions of Supervision. (Grade C violation) | July 27, 2017 |
| Three | Failure to notify ten days prior to any change in residence in violation of Condition Six of the Standard Conditions of Supervision. (Grade C violation) | August 4, 2017 |
| Four | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition. (Grade C violation) | July 28, 2017 |

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

October 26, 2017

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

October 26, 2017

AO 245B (Rev. 11/16) Judgment in a Criminal Case

John Murphy
8:17-cr-329-T-17TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWELVE (12) MONTHS and ONE (1) DAY** credit for time served as calculated by the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

**Upon service of the sentence herein, the defendant shall be discharged from further jurisdiction of the Court in this case.**

The defendant, having been convicted of a qualifying felony, shall cooperate in the collection of DNA as directed by the probation officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 11/16) Judgment in a Criminal Case